

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-19-00645-CR

Lonnie Jerome James **ELLISON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10112C
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

Appellant's court-appointed appellate counsel, Pat Montgomery, has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Under these circumstances, the law requires counsel to "write a letter to (1) notify his client of the motion to withdraw and the accompanying *Anders* brief, providing him a copy of each, (2) inform him of his right to review the record preparatory to filing that response, and (3) inform him of his *pro se* right to seek discretionary review should the court of appeals declare his appeal frivolous," and "(4) take concrete measures to initiate and facilitate the process of actuating his client's right to review the appellate record, if that is what his client wishes." *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *see also Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Nevertheless, Mr. Montgomery's *Anders* brief, which contains his motion to withdraw, fails to state that he has (1) informed appellant of "his various *pro se* rights," including his right to file his own brief, and (2) provided appellant with a form motion for requesting the appellate record in this appeal and the mailing address for the court of appeals. *See Kelly*, 436 S.W.3d at 320 ("[A]ppointed counsel should notify the court of appeals, in writing, that he has (1) informed the appellant of the motion to withdraw and attendant *Anders* brief, (2) provided the appellant with the requisite copies while notifying him of his various *pro se* rights, and (3) supplied him with a form motion for *pro se* access to the appellate record (and the mailing address for the court of appeals), to be filed within ten days, so that he may timely effectuate that right, if he so chooses.").

We, therefore, ORDER Mr. Montgomery to file, within seven (7) days of the date of this order, written proof demonstrating that he has (1) informed appellant of his *pro se* rights, including his right to file a *pro se* brief in this appeal and his right to seek discretionary review should the court of appeals declare his appeal frivolous, and (2) provided appellant with a form motion for requesting the appellate record in this appeal and the mailing address for the court of appeals.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

MICHAEL A. CRUZ, Clerk of Court